UNITED STATES of America,
Plaintiff-Appellee,

v.

Oronde S. MABRY, a/k/a Oronde'
Sylvester Mabry, Defendant-
Appellant.

No. 16-6363

United States Court of Appeals,
Fourth Circuit.

Submitted: July 28, 2016

Decided: August 2, 2016

Oronde S. Mabry, Appellant Pro Se. Richard Daniel Cooke, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before MOTZ and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oronde S. Mabry appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. See United States v. Mann, 709 F.3d 301, 304 (4th Cir. 2013) (reviewing district court's decision under § 3582(c)(2) for abuse of discretion). Accordingly, we affirm for the reasons stated by the district court. United States v. Mabry, No. 3:07-cr-00028-REP-2 (E.D. Va. Feb. 25, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED